QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DANIEL ROY WOODHURST


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2-05-cr-0283 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| DANIEL ROY WOODHURST, | ) | Date: September 13, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

    This matter came on for status conference on August 23, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Executive Assistant United States Attorney, Carolyn Delaney.  The defendant DANIEL ROY WOODHURST who has been released pending further proceedings, was not present, a waiver of his appearance having been filed, and was represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

1  The defense requested that this matter be continued to September
2  13, 2005, in order to permit review of discovery and receipt and review
3  of information from Mr. Woodhurst. The exclusion of time for trial
4  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed
5  to on the record.
6  IT IS ORDERED that this matter be continued to September 13, 2005,
7  on this court's regular criminal calendar.  IT IS FURTHER ORDERED that
8  the period from August 23, 2005, to and including September 13, 2005,
9  is excluded from the time computations pursuant to 18 U.S.C.
10 §3161(h)(8)(A) & (B)(iv), Local Code T-4.
11 **IT IS SO ORDERED**
12                            By the Court,
13
14 DATED: September 9, 2005          /s/Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
15                                    Senior Judge
                                      United States District Court

Order Excluding Time                 2