1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   DANIEL ROY WOODHURST
8

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,        )  No. 2-05-cr-0283 LKK
                                    )
15              Plaintiff,          )
                                    )  ORDER EXCLUDING TIME
16      v.                          )
                                    )
17 DANIEL ROY WOODHURST,            )  Date:  October 12, 2005
                                    )  Time:  9:30 a.m.
18              Defendant.          )  Judge: Hon. Lawrence K. Karlton
                                    )
19 _____  )

20

21      This matter came on for status conference on September 13, 2005,

22 in the courtroom of the Honorable Lawrence K. Karlton, Senior United

23 States District Judge.  The government was represented by its counsel,

24 Executive Assistant United States Attorney, Carolyn Delaney.  The

25 defendant DANIEL ROY WOODHURST who has been released pending further

26 proceedings, was not present, a waiver of his appearance having been

27 filed, and was represented by his counsel, Assistant Federal Defender,

28 Jeffrey L. Staniels.

1   The defense requested that this matter be continued to October 11,
2   2005, in order to permit further investigation, consultation with Mr.
3   Woodhurst, and possible followup requests for discovery. The exclusion
4   of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code
5   T-4, was agreed to on the record.
6        IT IS ORDERED that this matter be continued to October 12, 2005,
7   on this court's regular criminal calendar.  IT IS FURTHER ORDERED that
8   the period from September 13, 2005, to and including October 12, 2005,
9   is excluded from the time computations pursuant to 18 U.S.C.
10  §3161(h)(8)(A) & (B)(iv), Local Code T-4.
11       **IT IS SO ORDERED**
12                              By the Court,
13
14  DATED: September 14, 2005         /s/Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
15                                    Senior Judge
                                      United States District Court

Order Excluding Time                  2