QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ROY WOODHURST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2-05-cr-0283 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| DANIEL ROY WOODHURST, | ) | Date: October 25, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

    This matter came on for status conference on October 12, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Executive Assistant United States Attorney, Carolyn Delaney. The defendant DANIEL ROY WOODHURST who has been released pending further proceedings, was not present, a waiver of his appearance having been filed. His counsel, Assistant Federal Defender, Jeffrey L. Staniels, was present.

1     The defense requested that this matter be continued to October 25,
2 2005, in order to permit review of a proposed plea agreement and
3 consultation with Mr. Woodhurst regarding the proposal. The exclusion
4 of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code
5 T-4, was agreed to on the record.
6     IT IS ORDERED that this matter be continued to October 25, 2005,
7 on this court's regular criminal calendar.  IT IS FURTHER ORDERED that
8 the period from October 12, 2005, to and including October 25, 2005, is
9 excluded from the time computations pursuant to 18 U.S.C.
10 §3161(h)(8)(A) & (B)(iv), Local Code T-4.
11     **IT IS SO ORDERED**
12                               By the Court,
13
14 DATED: October 17, 2005          /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
15                                         Senior Judge
                                        United States District Court
16
17
18
19
20
21
22
23
24
25
26
27
28