DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DANIEL WOODHURST


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0283 DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TERMINATING |
| v. | ) | PROBATION |
| | ) | |
| DANIEL WOODHURST, | ) | |
| | ) | Judge:  Hon. Dale A. Drozd |
| Defendant. | ) |        (In Chambers) |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for defendant DANIEL WOODHURST that, in light of the attached letter from the City of Red Bluff Parks and Recreations Department, attesting that Mr. Woodhurst has completed the 40 hours of community service ordered to be performed as

/////

/////

/////

1

a special condition of probation in the above matter, the term of court probation imposed in this case be terminated.

**IT IS SO STIPULATED.**

Dated: April 9, 2007         /S/ Carolyn Delaney
                             Carolyn Delaney
                             Assistant U.S. Attorney
                             Counsel for Plaintiff


Dated: April 9, 2007         /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             DANIEL WOODHURST

**O R D E R**

The above stipulation to terminate the court probation of Daniel Woodhurst is accepted and the term of probation imposed in the above case is hereby TERMINATED.

**IT IS SO ORDERED.**

DATED: April 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/woodhurst0283.stipord

2